```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
MCCRAW, et al.,              :    CIVIL ACTION
                             :    NO. 12-2119
     Plaintiffs,             :
                             :
  v.                         :
                             :
GLAXOSMITHKLINE,             :
                             :
     Defendant.              :
```

**O R D E R**

**AND NOW**, this **17th** day of **January, 2014**, for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motion to Transfer Venue (ECF No. 10) is **GRANTED**.  This case shall be **TRANSFERRED** to the United States District Court for the Southern District of Texas.

It is further **ORDERED** that Defendants' Motion for Leave to File Reply Memorandum (ECF No. 12) is **GRANTED**.[1]


**IT IS SO ORDERED.**


                              /s/ Eduardo C. Robreno
                              **EDUARDO C. ROBRENO,      J.**

---

[1] The Court considered the contents of Defendants' Memorandum in determining Defendants' Motion to Transfer Venue.